IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. 4:09CR3051 |
| JOHN JEROME BELL, | ) ) ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue the deadline for filing a brief in support of defendant's variance motion, filing 35, from November 19, 2009, until November 24, 2009. The Court, being fully advised in the premises, and noting the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file his brief in support of his variance motion no later than Tuesday, November 24, 2009.

Dated this 23rd day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
_____
The Honorable Richard G. Kopf
United States District Judge